1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| melissa baker | Case No. _____ |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| New Jersey Division Of Child Protection and Permanency, Deputy General Samuel Fillman, Timothy P. Lyndon J.S.C, Aqilah Mascall | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page  of  6

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Melissa Baker |
| Address | 201 Inchcape Circle apt 2D |
| | Owings MIlls        MD        21117 |
| | *City*        *State*        *Zip Code* |
| County | Baltimore County |
| Telephone Number | 240-593-6030 |
| E-Mail Address | Melissabaker19811@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | New Jersey Division Of child protection and Permanency |
| Job or Title *(if known)* | |
| Address | 120 S stockton st 2nd fl PO box 717 |
| | Trenton        NJ        08625 |
| | *City*        *State*        *Zip Code* |
| County | Mercer |
| Telephone Number | 609-292-5100 |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Timothy P Lyndon J.S.C |
| Job or Title *(if known)* | Judge |
| Address | |
| | |
| | *City*        *State*        *Zip Code* |
| County | Mercer |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Deputy General Samuel Fillman |
| Job or Title *(if known)* | Deputy General |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | | | | |
|---|---|---|---|---|
| Address | | | | |
| | *City* | | *State* | *Zip Code* |
| County | Mercer County | | | |
| Telephone Number | | | | |
| E-Mail Address *(if known)* | | | | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name                    Aqilah Mascall
Job or Title *(if known)*    social worker
Address

| | | | | |
|---|---|---|---|---|
| | *City* | | *State* | *Zip Code* |
| County | Mercer County | | | |
| Telephone Number | | | | |
| E-Mail Address *(if known)* | | | | |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

civil rights under 28 USC 2201 and 2202

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

civil rights

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

March 7, 2021- August 23, 2021

---

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Several different dates and times

---

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Additional papers attached

---

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

would like compensation for the emotional pain and suffering for me and my children & would like
case dismissed and my children returned due to the whole case being mishandle and me being treated unjust.

---

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

1Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     ___8/31/2021___

Signature of Plaintiff     _____VM. Berhod_____

Printed Name of Plaintiff     ___melissa baker_____

**B.**     **For Attorneys**

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

                    _____  _____  _____
                    City                State        Zip Code

Telephone Number     _____

E-mail Address     _____